# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| | : | | |
| | : | | |
| IN RE: **ASBESTOS PRODUCTS** | : | **MDL 875** | |
| **LIABILITY LITIGATION** | : | | |
| **ALL ACTIONS** | : | **OHIO NORTHERN** | |
| | : | *(MARDOC)* | |
| | : | | |

## <u>O R D E R</u>

    **AND NOW** on this **5th** day of **July, 2011**, it is hereby **ORDERED** that the actions attached hereto and listed as ***Exhibit "A"*** are hereby dismissed pursuant to Plaintiffs' counsel.

**BY THE COURT:**

_____

EDUARDO C. ROBRENO, J.